JUDGE JOHNSTON
MAGISTRATE JUDGE IASPARRO

FILED
8/11/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD J. HARRISON | Case No. 26CR50041<br><br>Violations: Title 18, United States Code, Sections 875(c) and 115(a)(1)(B)<br><br>**UNDER SEAL** |

## COUNT ONE

The SPECIAL JULY 2025 GRAND JURY charges:

On or about December 28, 2025, at Woodstock, in the Northern District of Illinois, Western Division, and elsewhere,

EDWARD J. HARRISON

defendant herein, knowingly and willfully did transmit in interstate and foreign commerce from Woodstock, State of Illinois, to the State of Minnesota communications by email that contained a threat to kidnap and injure Individual A, in that defendant threatened to assault and murder Individual A.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about December 28, 2025, at Woodstock, in the Northern District of Illinois, Western Division, and elsewhere,

EDWARD J. HARRISON

defendant herein, knowingly threatened to assault and murder Individual A, a United States official, with the intent to impede, intimidate, and interfere with Individual A while she was engaged in such official duties and with the intent to retaliate against Individual A on account of the performance of her official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY